United States District Court
Southern District of Texas
**ENTERED**
January 29, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 4:21−mj−00207 |
| | § | |
| Wilmar Jeovanny Montan Alvarado | § | |

# Order Appointing Counsel

Because the defendant has satisfied this court that he or she cannot afford to employ counsel, the court appoints the Federal Public Defender to represent the defendant.

Signed on January 29, 2021, in Houston, Texas.

Frances H. Stacy
United States Magistrate Judge